# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-06900-RGK-MAR | Date | March 25, 2024 |
|---|---|---|---|
| Title | *California Yacht Marina – Cabrillo, LLC v. M/Y Flash Gordon et al.* | | |

**Present: The Honorable** R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Re: Unsigned Verified Complaint

On August 22, 2023, California Yacht Marina – Cabrillo, LLC ("Plaintiff") filed a purported Verified Complaint (the "Complaint") in rem against two vessels, M/Y Flash Gordon and M/Y Jovita ("Defendants"), seeking to foreclose on maritime liens for unpaid wharfage fees. (ECF No. 1.) On January 25, 2024, a default was entered against M/Y Flash Gordon. (ECF No. 36.) However, upon closer inspection, it appears the Complaint's "Verification" page was never signed.

Pursuant to Supplemental Rule C of the Federal Rules of Civil Procedure ("Rule C"), in an action in rem to enforce a maritime lien, a plaintiff must file a verified complaint. Fed. R. Civ. P. C(2)(a). To qualify as "verified," the complaint must be "signed and certified as true under penalty of perjury." *Thomason v. Kitzhaber*, 217 F. Supp. 2d 1112, 1114 (D. Or. 2002). Here, Plaintiff has failed to sign the Verification page and therefore has failed to file a verified complaint.

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE IN WRITING** why the default against M/Y Flash Gordon should not be set aside and why this action should not be dismissed for Plaintiff's failure to satisfy Rule C. Such a response shall not exceed **five pages** and must be submitted within **four days** of this Order's issuance.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/dc |